Larissa A. Branes, Esq. (SBN 245875)
Amy E. Martinez, Esq. (SBN 245871)
Alexa P. Stephenson, Esq. (SBN 312437)
**GERACI LAW FIRM**
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax:   (949) 379-2610
E-mail: l.branes@geracillp.com

Attorneys for Non-Party Lienholder,
Roger Anderson, Trustee of The RWA Trust
Dated March 14, 2014

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 9959 PIANELLA WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1190-040-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 9526 SURRITT WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 134-0830-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br>　　　　　　Defendants. | Case No. 2:18-CV-00749-KJM-CKD<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014; ORDER**<br><br>Complaint Filed: April 3, 2018<br>Trial Date:　　　None Set |

**IT IS HEREBY STIPULATED** by and between claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("Claimant"), by and through its

1

undersigned counsel, Larissa A. Branes, Esq. of Geraci Law Firm, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 9526 Surritt Way, Elk Grove, California 95624 ("Defendant Surritt Way"), which maintains the following legal description:

> Real property in the City of Elk Grove, County of Sacramento, State of California, described as follows:
>
> LOT 352, AS SHOWN ON THE "VESTING MAP OF FIELDSTONE UNIT NO. 3C", RECORDED IN BOOK 287 OF MAPS, MAP NO. 4, RECORDS OF SAID COUNTY. EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, INERT GASES, MINERAL AND METALS, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND AND REAL PROPERTY, WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED, INCLUDING BUT NOT LIMITED TO THE RIGHTS TO EXPLORE FOR, DEVELOP AND REMOVE SUCH OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, INERT GASES, MINERALS AND METALS, WITHOUT HOWEVER, ANY RIGHT TO SUE THE SURFACE OF SUCH LAND AND REAL PROPERTY FOR ANY PURPOSE WHATSOEVER AS CONVEYED TO HAL D. BARTHOLOMEW, ET UX BY THAT CERTAIN DEED RECORDED MAY 5, 1999 IN BOOK 1999-0505 AT PAGE 686, OFFICIAL RECORDS OF SACRAMENTO COUNTY.
>
> APN: 134-0830-031;

///

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, ROGER ANDERSON, TRUSTEE OF THE RWA TRUST DATED MARCH 14, 2014

Geraci Law Firm
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

2. The loan has since been satisfied and Claimant no longer has an interest in Defendant Surritt Way;

3. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on June 13, 2018 [Dk. 8] and its answer filed in the above-captioned case on June 22, 2018 [Dk. 10] with respect to the Defendant Surritt Way;

4. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Surritt Way is the *in rem* defendant.

5. Each party hereto is to bear its own costs; and

6. Claimant is hereby removed from the Service List for the above-captioned case.

Date: October 15, 2018  **GERACI LAW FIRM**

By: /s/ Larissa A. Branes
Larissa A. Branes, Esq.
Amy E. Martinez, Esq.
Alexa P. Stephenson, Esq.
Attorneys for Non-Party Claimant, Roger Anderson, Trustee of the RWA Trust Dated March 14, 2014

Date: October 15, 2018  **MCGREGOR W. SCOTT**
United States Attorney

By: /s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant United States Attorney

**Geraci Law Firm**
90 Discovery
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim and Answer by Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("the Stipulation") by Claimant, Roger Anderson, Trustee of The RWA Trust Dated March 14, 2014 ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim filed in the above-captioned case on June 13, 2018 [Dk. 8] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on June 22, 2018 [Dk. 10] is hereby deemed withdrawn.

4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: October 15, 2018.

_____
UNITED STATES DISTRICT JUDGE