WALTER F. BROWN. JR. (STATE BAR NO. 130248)
SHARON E. FRASE (STATE BAR NO. 282923)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759
wbrown@orrick.com
sfrase@orrick.com

Attorneys for Defendant
PS FUNDING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CV-00749-KJM-CKD |
| Plaintiff, | **STIPULATION OF WITHDRAWAL OF CLAIM AS TO PS FUNDING, INC.** |
| v. | |
| REAL PROPERTY LOCATED AT 9959 PIANELLA WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1190-040-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| REAL PROPERTY LOCATED AT 9526 SURRITT WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 134-0830-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimant PS FUNDING, INC. ("Claimant") as follows:

1. That Claimant asserted a lienholder interest in defendant property located at 9959 Pianella Way in Elk Grove, California ("Defendant Pianella Way"). The loan has since been satisfied and the Claimant no longer has an interest in Defendant Pianella Way. Accordingly, Claimant hereby withdraws its claim filed in this Action with respect to the real property located at 9959 Pianella Way, Elk Grove, California, Sacramento County, APN: 132-1190-040-0000 (the "Property"); and

2. To the extent required under F.R.C.P. 41(a), the United States agrees to dismiss with prejudice the Claimant in this Action pursuant to F.R.C.P. 41(a). The Defendant Pianella Way is the *in rem* defendant.

3. That each party hereto is to bear his, her and its own costs.

4. That Claimant be removed from the Service List for this matter.

Dated: July 24, 2019     WALTER F. BROWN, JR.
                         SHARON E. FRASE
                         Orrick, Herrington & Sutcliffe LLP


                         By:  /s/ Sharon E. Frase
                              SHARON E. FRASE
                              Attorneys for Defendant
                              PS FUNDING, INC.


Dated: July 24, 2019     MCGREGOR W. SCOTT
                         United States Attorney


                         By:  /s/ Kevin C. Khasigian
                              Kevin C. Khasigian
                              Assistant United States Attorney

# ORDER

The Court has read and considered the Stipulation of Withdrawal of Claim by PS Funding, Inc. ("the Stipulation") by Claimant PS Funding, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on May 30, 2018 [Dk. 7] is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

Dated: July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE