PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 9959 PIANELLA WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1190-040-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>REAL PROPERTY LOCATED AT 9526 SURRITT WAY, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 134-0830-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendants. | 2:18-CV-00749-KJM-CKD<br><br>FINAL JUDGMENT OF FORFEITURE |

　　　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

　　　　1.　　This is a civil forfeiture action against real properties located at 9959 Pianella Way, Elk Grove, California, Sacramento County, APN: 132-1190-040-0000 ("defendant Pianella Way") and 9526 Surritt Way, Elk Grove, California, Sacramento County, APN: 134-0830-031-0000 ("defendant Surritt Way") (collectively "defendant properties").

　　　　2.　　A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on April 3, 2018,

alleging that said defendant properties are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3. On May 24, 2018, the defendant properties were posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on May 9, 2018, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on July 13, 2018.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant properties:

    a. Xiaoying Weng,
    b. Ming Hui Wu, and
    c. PS Funding, Inc.

6. Claimant Xiaoying Weng filed a Verified Claim to defendant Pianella Way on May 21, 2018, and an Answer to the Complaint on June 27, 2018.  Claimant Ming Hui Wu filed a Verified Claim to defendant Surritt Way on May 21, 2018, and an Answer to the Complaint on June 27, 2018.  Claimant PS Funding, Inc. filed a Claim on May 30, 2018, claiming a lien holder interest in defendant Pianella Way.  Claimant Roger Anderson, Trustee of the RWA Trust dated March 14, 2014, filed a Verified Claim on June 13, 2018, claiming a lien holder interest in defendant Surritt Way, and an Answer to the Complaint on June 22, 2018.  No other parties have filed claims or answers regarding the defendant properties, and the time in which any person or entity may file a claim and answer has expired.

7. On or about June 13, 2018, escrow closed for the defendant property at 9959 Pianella Way, Elk Grove, California, Sacramento County, APN: 132-1190-040-0000, and the United States received a wire transfer in the amount of $144,668.68, which will be substituted in lieu of the real property.  PS Funding, Inc. was paid in full through escrow.  PS Funding, Inc. withdrew their Claim on July 31, 2019.

8. On or about September 25, 2018, escrow closed for the defendant property at 9526 Surritt Way, Elk Grove, California, Sacramento County, APN: 134-0830-031-0000, and the United States received a wire transfer in the amount of $155,790.47, which will be substituted in lieu of the real

property. Roger Anderson, Trustee of the RWA Trust dated March 14, 2014, was paid in full through escrow. Roger Anderson, Trustee of the RWA Trust dated March 14, 2014, withdrew its Claim and Answer on October 16, 2018.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Xiaoying Weng, Ming Hui Wu, PS Funding, Inc., and Roger Anderson, Trustee of the RWA Trust dated March 14, 2014, and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $72,668.68 of the Approximately $144,668.68 in net proceeds from the sale of defendant real property located at 9959 Pianella Way, Elk Grove, California, Sacramento County, APN: 132-1190-040-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $72,000.00 of the Approximately $144,668.68 in net proceeds from the sale of defendant real property located at 9959 Pianella Way, Elk Grove, California, Sacramento County, APN: 132-1190-040-0000, shall be returned to claimant Xiaoying Weng through attorney J. Patrick McCarthy.

4. Upon entry of this Final Judgment of Forfeiture, $77,895.47 of the Approximately $155,790.47 in net proceeds from the sale of defendant real property located at 9526 Surritt Way, Elk Grove, California, Sacramento County, APN: 134-0830-031-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7), to be disposed of according to law.

5. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $77,895.00 of the Approximately $155,790.47 in net proceeds from the sale of defendant real property located at 9526 Surritt Way, Elk Grove, California, Sacramento County, APN: 134-0830-031-0000, shall be returned to claimant Ming Hui Wu through attorney J. Patrick McCarthy.

6. The United States and its servants, agents, and employees are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the

defendant properties with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, as well as those now known or disclosed.  Claimants waived the provisions of California Civil Code § 1542.

      7.    Claimants waived any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant real properties.

      8.    All parties are to bear their own costs and attorneys' fees, if any.

      9.    The U.S. District Court for the Eastern District of California, the District Judge assigned to this matter, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

      10.    Based upon the allegations set forth in the Complaint filed April 3, 2018, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant properties with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 13th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE